# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **Gilberto Rodriguez CHAVERRA**, as the Administrator of the Estate of Jeancarlo Alfonso Jimenez Joseph, <br><br> **Nerina Joseph**, as Mother and Next-of-Kin of Jeancarlo Alfonso Jimenez Joseph, <br><br> *Plaintiffs*, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> *Defendant*. | Civil Action No.: 4:19-cv-81 <br><br> Judge Clay Land |

## NOTICE OF SETTLEMENT

The parties have reached a tentative agreement to resolve the claims and defenses in this matter, contingent upon approval by the U.S. Department of Homeland Security, Immigration and Customs Enforcement, and the Acting United States Attorney for the Middle District of Georgia.

The parties therefore seek a mutual stay of all deadlines in this case for a period of sixty (60) days. This will allow the parties to secure authorization, finalize payment, and submit a Notice of Dismissal. The parties agree that if this process is not completed and no dismissal is filed by April 24, 2021, either party may seek to lift the stay and modify the Scheduling Order.

Date: February 25, 2021

Respectfully submitted,

/s/ R. Andrew Free*
**R. ANDREW FREE, TN Bar No. 30513**
P.O. Box 90568
Nashville, TN 37209
Tel. 844-321-3221
Fax: 615-829-8959
Andrew@immigrantcivilrights.com
*Counsel for the Plaintiffs*

1

*Admitted pro hac vice*

## Certificate of Service

I hereby certify that on this February 25, 2021, I have served counsel for all parties with a copy of the foregoing via this Court's CM/ECF system.

**/s/ R. Andrew Free**
R. ANDREW FREE, No. 30513